**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| Michael Jerina, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Civil Action No. 3:25-cv-00278-BK |
| | § | |
| Amazon.com Services, LLC, | § | |
| | § | |
| *Defendant*. | § | |
| | § | |
| | § | |
| | § | |
| | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court conducted an independent review of the pleadings, files and records in this case, and the Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated March 3, 2026 (ECF No. 39). Plaintiff Jerina filed objections. (ECF No. 42). The Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. The Court has found no error in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

The Court finds that the Findings and Recommendation of the Magistrate Judge are correct, and they are accepted as the Findings, Conclusions, and Recommendation of the Court. **IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted. Therefore, Defendants' Motion to Dismiss (ECF No. 24) is **GRANTED** and Plaintiff's Claims are **DISMISSED WITH PREJUDICE.** The Clerk of Court is hereby directed to close the case.

**SO ORDERED.**

20th day of March, 2026.

_____
ADA BROWN
UNITED STATES DISTRICT JUDGE